# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3023
LT Case No. 2012-CF-1630-B

_____

JEJUAN L. DIGGS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Marlene M. Alva, Judge.

Jejuan L. Diggs, Perry, pro se.

No Appearance for Appellee.

May 28, 2024

PER CURIAM.

AFFIRMED.

JAY, MAKAR, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____